No. 81–1975. SAINT PRIX *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ■

No. 81–1977. HODAKIEVIC *v.* MARADO ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 81–1984. ROSENBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ■

No. 81–1987. BRYANT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ■

No. 81–2029. VASILE ET AL. *v.* LOCAL 676, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. 3d Cir. Certiorari denied. ■

No. 81–5113. BOICE *v.* STATE UNIVERSITY OF NEW YORK AT NEW PALTZ ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 81–6214. LAKE *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–6255. BRADBURY *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF FLORIDA REHABILITATION. C. A. 5th Cir. Certiorari denied. ■

No. 81–6285. MATHIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ■

No. 81–6459. DOHNER *v.* MORRIS, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 81–6460. BROWN *v.* LOGGINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6466. WRIGHT *v.* LEIGHTON, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA. C. A. 7th Cir. Certiorari denied.